1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JERRON JAMES ROLEN,                          No.  2:24-cv-02094-DAD-EFB (HC)

12                Petitioner,

13          v.                                       ORDER TO SHOW CAUSE

14     MARTIN GAMBOA,

15                Respondent.

16

17          Petitioner proceeds without counsel in this petition for writ of habeas corpus.  ECF No. 1.

18   On July 10, 2025, respondent filed a motion to dismiss.  ECF No. 10.  Petitioner has filed no

19   response to the motion.

20          Local Rule 230(l) provides in part:  "Failure of the responding party to file written

21   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

22   the granting of the motion . . . ."  Local Rule 230(l).

23          Rule 41(b) of the Federal Rules of Civil Procedure provides:

24          **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
            to comply with these rules or a court order, a defendant may move to
25          dismiss the action or any claim against it.  Unless the dismissal order
            states otherwise, a dismissal under this subdivision (b) and any
26          dismissal not under this rule—except one for lack of jurisdiction,
            improper venue, or failure to join a party under Rule 19—operates as
27          an adjudication on the merits.

28

                                                    1

1  Fed. R. Civ. P. 41(b).

2      Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date

3  of this order, petitioner shall file an opposition, if any, to the motion to dismiss (ECF No. 10).

4  Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack

5  of prosecution; and (b) action dismissed based on petitioner's failure to comply with these rules

6  and a court order.  Said failure shall result in a recommendation that this action be dismissed

7  pursuant to Federal Rule of Civil Procedure 41(b).

8

9  Dated: September 16, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2